UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | |
| Plaintiff, | 2:09-cv-1754-LDG-RJJ |
| vs. | |
| THOMAS E. COLBERT and MAUREEN TORKELSON, | O R D E R |
| Defendant, | |
| AND RELATED THIRD-PARTY CLAIM. | |

IT IS HEREBY ORDERED that the parties shall file a joint Discovery Status Report on or before October 4, 2010.

IT IS FURTHER ORDERED that the joint Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;

2. Shall identify the discovery that remains outstanding; including a proposed schedule, with specific dates, for the completion of said discovery;

3. Shall identify any pending discovery motions; and,

4. Shall detail all attempts to settle the case.

DATED this 20th day of September, 2010.

ROBERT J. JOHNSTON
United States Magistrate Judge