THOMAS D. DILLARD, JR., ESQ. (#6270)
OLSON, CANNON, GORMLEY
& DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone: (702) 384-4012
Facsimile: (702) 383-0701
tdillard@ocgd.com
Attorneys for Defendant Maureen Torkelson

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

AMERICAN GENERAL LIFE INSURANCE, COMPANY,

Plaintiff,

vs.

THOMAS E. COLBERT and MAUREEN TORKELSON,

Defendants.

THOMAS E. COLBERT, an individual; and MAUREEN TORKELSON, an individual,

Third-Party Plaintiffs,

KYLE BLOSS, an individual; CRUMP INSURANCE SERVICES, INC., a Texas corporation, f/k/a BISYS INSURANCE SERVICES, INC.

Third-Party Defendants.

CASE NO.: 2:09cv1754-LDG-RJJ

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel or record, the following terms and conditions for the dismissal of this matter:

(1) the life insurance policy number U10014732L issued by American General Life Insurance Company and insuring the life of Thomas Colbert is terminated and no longer in force;

/ / /

(2) this matter is dismissed with prejudice including the claims against the Third Party Defendants except as subject to the terms of the confidential settlement agreement entered into by Plaintiff and Defendants; and

(3) all parties are to bear their own costs and fees.

DATED this _____ day of November, 2010

OLSON, CANNON, GORMLEY & DESRUISSEAUX

_____
THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorney for Defendant
Maureen Torkelson

EDISON, MCDOWELL & HETHERINGTON, LLP

_____
DAVID T. MCDOWELL, ESQ.
Phoenix Tower
3200 Southwest Freeway, Ste. 2920
Houston, Texas 77027
Attorneys for Plaintiff

ROGER P. CROTEAU & ASSOCIATES, LTD

_____
Roger Croteau, Esq.
720 Fourth Street, Ste. 202
Las Vegas, Nevada 89101
P: 254-7775
F: 228-7719
Attorney for Defendants/Third-Party Plaintiffs
Thomas Colbert and Maureen Torkelson

**ORDER**

IT IS SO ORDERED that the life insurance policy number U10014732L issued by American General Life Insurance Company and insuring the life of Thomas Colbert is terminated and no longer in force. IT IS FURTHER ORDERED that this matter is dismissed with prejudice as to Defendants and Third Party Defendants subject to the separate confidential settlement agreement and all parties are to bear their own costs and attorneys fees.

DATED this __8__ day of __Dec__, 2010.

_____
HONORABLE U.S. DISTRICT COURT JUDGE
Lloyd D. George

(2) this matter is dismissed with prejudice including the claims against the Third Party Defendants except as subject to the terms of the confidential settlement agreement entered into by Plaintiff and Defendants; and

(3) all parties are to bear their own costs and fees.

DATED this _____ day of November, 2010

| OLSON, CANNON, GORMLEY & DESRUISSEAUX | EDISON, MCDOWELL & HETHERINGTON, LLP |
|---|---|
| THOMAS D. DILLARD, JR., ESQ.<br>Nevada Bar No. 006270<br>9950 West Cheyenne Avenue<br>Las Vegas, Nevada 89129<br>Attorney for Defendant<br>Maureen Torkelson | DAVID T. MCDOWELL, ESQ.<br>Phoenix Tower<br>3200 Southwest Freeway, Ste. 2920<br>Houston, Texas 77027<br>Attorneys for Plaintiff |

ROGER P. CROTEAU & ASSOCIATES, LTD

*/s/ Roger Croteau*

Roger Croteau, Esq.
720 Fourth Street, Ste. 202
Las Vegas, Nevada 89101
P: 254-7775
F: 228-7719
Attorney for Defendants/Third-Party Plaintiffs
Thomas Colbert and Maureen Torkelson

### ORDER

IT IS SO ORDERED that the life insurance policy number U10014732L issued by American General Life Insurance Company and insuring the life of Thomas Colbert is terminated and no longer in force. IT IS FURTHER ORDERED that this matter is dismissed with prejudice as to Defendants and Third Party Defendants subject to the separate confidential settlement agreement and all parties are to bear their own costs and attorneys fees.

DATED this _____ day of _____, 2010.

_____
**HONORABLE U.S. DISTRICT COURT JUDGE**
Lloyd D. George